JOHN H. NICHOLS et al., Appellants, *v.* ITEM PUBLISHERS, INC., Respondent.

Submitted March 2, 1953; decided March 5, 1953.

*Joseph Reeback* and *Richard Brill* for motion.

*Sydney Snitow* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellants serve and file an undertaking on appeal and pay $10 costs within ten days, in which events motion denied. [See 304 N. Y. 844.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER STEIN and HERMAN STEIN, Appellants, et al., Defendants.

Submitted February 24, 1953; decided March 5, 1953.

Motion for reargument denied. [See 304 N. Y. 834.]